UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EBONY-AZIZI SYLLA,

      Plaintiff,

                               Case No. 24-cv-12677

v.                            Honorable Linda V. Parker

U.S. DEPARTMENT OF HOMELAND
SECURITY, SECRETARY OF,

      Defendant.
_____/

## OPINION AND ORDER DISMISSING PLAINTIFF'S COMPLAINT WITHOUT PREJUDICE

Plaintiff filed this pro se lawsuit against Defendant on October 10, 2024. (ECF No. 1.) Plaintiff paid the filing fee for the action. (10/15/24 Text-Only Entry.) She had difficulty serving Defendant by the time required under Federal Rule of Civil Procedure 4(m) and sought an extension to do so and service by the United States Marshal. (ECF No. 8.) The Court granted Plaintiff's request for more time, but denied her request for service by the U.S. Marshal because such service is generally reserved for pro se parties. (1/6/25 Text-Only Entry.) Four months later, when Plaintiff still had not accomplished service on Defendant, the Court entered an order for her to show cause as to why the action should not be dismissed for lack of service under Rule 4(m). (ECF No. 11.)

Plaintiff filed a timely response to the show cause order, in which she sought another extension of time to serve Defendant and reasserted her request for service by the U.S. Marshal.  (ECF No. 12.)  Based on Plaintiff's representations in her filing, the Court granted her requests and therefore ordered her to complete the documents necessary for the U.S. Marshal to serve Defendant.  (ECF No. 14.)  The order instructed Plaintiff to complete and submit to the Clerk's Office the required documents within fourteen (14) days.  (ECF No. 14.)

Two months later, when Plaintiff had failed to submit the necessary paperwork, the Court issued a second order for Plaintiff to show cause in writing, by July 1, 2025, as to why the action should not be dismissed.  (ECF No. 15.)  The order warned Plaintiff that the failure to respond may result in the dismissal of her Complaint.  (*Id.*)  As of today's date, Plaintiff has not responded in writing or otherwise.

Despite being provided several extensions of time to prosecute this action, Plaintiff has unreasonably delayed moving the matter forward.  The action has been pending for over eight months and Defendant has not been served.  Plaintiff did not comply with the Court's order to provide the documents necessary to effect service by the U.S. Marshall, and she has ignored the Court's second show cause order.  The Court warned Plaintiff that her failure to respond would result in the

dismissal of this action.  The Court sees no alternative but to dismiss the action without prejudice.

Accordingly,

**IT IS ORDERED** that Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(b) and Eastern District of Michigan Local Rule 41.2.

s/ Linda V. Parker
LINDA V. PARKER
U.S. DISTRICT JUDGE

Dated: July 9, 2025

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, July 9, 2025, by electronic and/or U.S. First Class mail.

s/Aaron Flanigan
Case Manager